**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x

In re:

LYONDELL CHEMICAL COMPANY, *et al.*,

                Debtors.

------------------------------------------------------------x

EDWARD S. WEISFELNER, AS LITIGATION TRUSTEE OF THE LB LITIGATION TRUST,

                Plaintiff,

v.

LEONARD BLAVATNIK, *et al.*,

                Defendants.

------------------------------------------------------------x

EDWARD S. WEISFELBER, AS LITIGATION TRUSTEE OF THE LB LITIGATION TRUST,

                Plaintiff,

v.

NAG Investments LLC,

                Defendant.

------------------------------------------------------------x

Case No.  09-10023 (CGM)

Chapter 11

(Jointly Administered)

Adv. Pro. No. 09-1375 (MG)

Adv. Pro. No. 11-1844 (MG)

## NOTICE OF APPEAL

Pursuant to 28 U.S.C. § 158(a) and Federal Rules of Bankruptcy Procedure 8001(a) and 8002(a), plaintiff Edward S. Weisfelner, as Trustee of the LB Litigation Trust, hereby appeals to the United States District Court for the Southern District of New York from the Final Judgment in Adversary Proceedings [Docket No. 924] (the "Judgment") and from all previous orders and rulings incorporated into the Judgment, including without limitation the Memorandum Opinion and Order After Trial [Docket No. 919] (the "Order"), the Order Denying Cross Motions for

Summary Judgment on Count 9 of the Amended Complaint [Docket No. 771] (the "Count 9 SJ Order"), and the Decision and Order on Defendants' Motions to Dismiss Counts 12, 15, and 16 [Docket No. 697] (the "Count 12 MtD Decision & Order").  A copy of the Judgment is attached hereto as Exhibit A, a copy of the Order is attached hereto as Exhibit B, a copy of the Count 9 SJ Order is attached hereto as Exhibit C, and a copy of the Count 12 MtD Decision & Order is attached hereto as Exhibit D.

Below are the names of all parties to this appeal and their respective counsel:

**Appellant and Counsel**:

*Edward S. Weisfelner, as Trustee of the LB Litigation Trust*

BROWN RUDNICK LLP

Sigmund S. Wissner-Gross
May Orenstein
Seven Times Square
New York, NY 10036
Telephone: (212) 209-4800
Facsimile: (212) 209-4801

Steven D. Pohl
One Financial Center
Boston, MA 02111
Telephone: (617) 856-8200
Facsimile: (617) 856-8201

-and-

KELLOGG, HANSEN, TODD, FIGEL & FREDERICK, P.L.L.C.

Michael K. Kellogg
Gregory G. Rapawy
Sumner Square
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
Telephone: (202) 326-7900
Facsimile: (202) 326-7999

**Appellees and Counsel**:

*Leonard Blavatnik, Access Industries, Inc., Access Industries Holdings LLC, AI International S.á.r.l., Nell Limited, Philip Kassin, Lincoln Benet, Perella Weinberg, and NAG Investments, LLC*

QUINN EMANUEL URQUHART & SULLIVAN LLP
Richard I. Werder
Susheel Kirpalani
Rex Lee
51 Madison Avenue
New York, NY 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100

-and-

KLEE TUCHIN BOGDANOFF & STERN, LLP
Kenneth N. Klee
1999 Avenue of the Stars
Thirty-Ninth Floor
Los Angeles, CA 90067
Telephone: (310) 407-4000
Facsimile: (310) 407-9090

DATED:      New York, New York
            May 30, 2017

                /s/ Sigmund S. Wissner-Gross
                Sigmund S. Wissner-Gross
                May Orenstein
                BROWN RUDNICK
                Seven Times Square
                New York, NY 10036
                Telephone: (212) 209-4800
                Facsimile: (212) 209-4801
                Steven D. Pohl
                One Financial Center
                Boston, MA 02111
                Telephone: (617) 856-8200
                Facsimile: (617) 856-8201

                -and-

Michael K. Kellogg
Gregory G. Rapawy
KELLOGG, HANSEN, TODD, FIGEL &
FREDERICK, P.L.L.C.
Sumner Square
1615 M Street, N.W., Suite 400
Washington, D.C. 20036

*Attorneys for Edward S. Weisfelner, as Trustee of the LB Litigation Trust*